# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moody, Jr., James S. | U.S. District Court, Middle District of Florida | 04/20/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Senior | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court
801 North Florida Avenue
Tampa, FL 33602

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (reportable assets are included in Part VII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | Margin Loan | O |
| 2. Moody Investments, LP | Loan | None |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Suntrust (cash) | A | Interest | K | T | | | | | |
| 3. Moody Investments Family Limited Partnership | F | Int./Div. | P1 | U | | | | | |
| 4. First Tampa Alexander (Y) | | | | | | | | | |
| 5. Missouri Midway | | None | K | U | | | | | |
| 6. Investment Property #1, Valrico, FL | | None | M | W | | | | | |
| 7. Investment Property #2, Longboat Key, FL | D | Rent | N | W | | | | | |
| 8. Investment Property #3, Hillsborough Co., FL | C | Rent | | | Sold | 11/30/20 | N | F | Tomberly Farms, LLC |
| 9. Investment Property #4, Celo, NC | | None | O | W | | | | | |
| 10. Investment Property #5, Highlands, NC | | None | M | W | | | | | |
| 11. Investment Property #6, Highlands, NC | D | Rent | O | W | | | | | |
| 12. Investment Property #7, Plant City, FL | E | Rent | O | W | | | | | |
| 13. Investment Property #8, Tampa, FL | D | Rent | M | W | | | | | |
| 14. Investment Property #9, Tampa FL | D | Rent | M | W | | | | | |
| 15. Investment Property #10, Tampa FL | D | Rent | M | W | | | | | |
| 16. Investment Property #11, Tampa FL | E | Rent | O | W | | | | | |
| 17. Investment Property #12, Tampa FL | E | Rent | N | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moody, Jr., James S.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Investment Property #13, Tampa FL | E | Rent | M | W | | | | | |
| 19. | Investment Property #14, Treasure Island, FL | E | Rent | M | W | | | | | |
| 20. | Investment Property #15, Treasure Island, FL | E | Rent | M | W | | | | | |
| 21. | Investment Property #16, Gainesville, FL | | None | N | W | | | | | |
| 22. | Investment Property #17, Highlands, NC | | None | O | W | Buy | 08/27/20 | O | | Murphy Gift Trust |
| 23. | Gulf to Bay Partners, LLC (real estate, Clearwater, FL) | | None | N | W | | | | | |
| 24. | Account #1 (H) | | | | | | | | | |
| 25. | ML Bank Deposit Program (cash) | A | Interest | M | T | | | | | |
| 26. | Akoustis Technologies (AKTS) | | None | K | T | | | | | |
| 27. | Ambarella Inc (AMBA) | | None | | | Sold | 02/21/20 | L | D | |
| 28. | | | | | | Buy | 03/18/20 | K | | |
| 29. | | | | | | Buy (add'l) | 03/19/20 | K | | |
| 30. | | | | | | Sold | 11/20/20 | L | B | |
| 31. | Aphria Inc SHS (APHQF) | | None | K | T | Buy (add'l) | 12/23/20 | J | | |
| 32. | Ardelyx Inc SH A (ARDX) | | None | K | T | | | | | |
| 33. | Bank of America (BAC) (X) | | None | | | Sold | 10/22/20 | M | F | |
| 34. | Calyxt Inc Reg SHS (CLXT) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cerence Inc Reg SHS (CRNC) (X) | | None | J | T | | | | | |
| 36. Cloudera Inc (CLDR) | | None | L | T | Buy (add'l) | 02/27/20 | J | | |
| 37. | | | | | Sold (part) | 06/19/20 | K | D | |
| 38. | | | | | Buy (add'l) | 06/24/20 | L | | |
| 39. Docusign Inc (DOCU) | | None | | | Sold | 02/21/20 | L | C | |
| 40. Editas Medicine Inc Shs (EDIT) | | None | M | T | Buy (add'l) | 01/23/20 | K | | |
| 41. Eventbrite Inc Reg Shs Cl A (EB) | | None | L | T | | | | | |
| 42. Everspin Technologies (MRAM) | | None | J | T | Buy (add'l) | 02/27/20 | J | | |
| 43. Exxon Mobil Corp (XOM) | A | Dividend | | | Buy | 03/10/20 | J | | |
| 44. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 45. | | | | | Sold | 11/20/20 | J | | |
| 46. Forescout Technologies (FSCT) | | None | | | Sold | 04/23/20 | K | | |
| 47. Heron Therapeutics Inc (HRTX) | | None | | | Buy | 01/23/20 | K | | |
| 48. | | | | | Sold | 06/19/20 | K | B | |
| 49. | | | | | Buy (add'l) | 06/24/20 | K | | |
| 50. | | | | | Sold | 09/18/20 | K | | |
| 51. Intellia Therapeutics (NTLA) | | None | M | T | Sold | 06/21/20 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moody, Jr., James S.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 06/24/20 | K | | |
| 53. | | | | | Sold | 10/16/20 | K | D | |
| 54. | | | | | Buy | 10/21/20 | L | | |
| 55.    Kaleido Biosciences Inc (KLDO) | None | J | T | | | | | | |
| 56.    Lumentum Holdings Inc (LITE) | None | L | T | | Sold | 02/21/20 | M | D | |
| 57. | | | | | Buy | 02/27/20 | M | | |
| 58. | | | | | Sold (part) | 07/17/20 | L | C | |
| 59. | | | | | Sold | 08/21/20 | L | D | |
| 60. | | | | | Buy | 08/26/20 | L | | |
| 61.    Macom Technology (MTSI) | None | | | | Buy (add'l) | 01/23/20 | L | | |
| 62. | | | | | Sold | 06/19/20 | L | D | |
| 63. | | | | | Buy | 06/24/20 | M | | |
| 64. | | | | | Sold | 07/21/20 | M | D | |
| 65. | | | | | Buy | 07/22/20 | L | | |
| 66. | | | | | Sold | 11/20/20 | L | D | |
| 67.    Marriott Intl Inc (MAR) | None | | | | Buy | 10/01/20 | K | | |
| 68. | | | | | Buy (add'l) | 10/21/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moody, Jr., James S.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 11/20/20 | L | D | |
| 70. New Gold Inc CDA (NGD) | | None | | | Sold | 07/16/20 | J | | |
| 71. OKTA Inc Reg SHS (OKTA) | | None | N | T | Sold | 02/21/20 | M | D | |
| 72. | | | | | Buy | 02/27/20 | M | | |
| 73. | | | | | Sold | 05/15/20 | M | E | |
| 74. | | | | | Buy | 05/20/20 | M | | |
| 75. | | | | | Sold | 06/19/20 | M | D | |
| 76. | | | | | Buy | 06/24/20 | M | | |
| 77. | | | | | Buy<br>(add'l) | 07/22/20 | M | | |
| 78. | | | | | Sold<br>(part) | 10/16/20 | M | E | |
| 79. | | | | | Sold | 11/24/20 | M | D | |
| 80. | | | | | Buy | 12/01/20 | M | | |
| 81. On SemiConductor Crp Com (X) | | None | K | T | | | | | |
| 82. Regeneron Pharmaceuticals (REGN) | | None | | | Sold | 02/21/20 | M | C | |
| 83. Splunk Inc (SPLK) | | None | | | Sold | 01/21/20 | M | E | |
| 84. Square Inc (SQ) | | None | | | Sold | 05/15/20 | L | | |
| 85. | | | | | Buy | 05/20/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 06/19/20 | L | B | |
| 87. Sorrento Therapeutics (SRNE) | | None | J | T | Buy | 05/27/20 | J | | |
| 88. | | | | | Buy (add'l) | 05/28/20 | J | | |
| 89. | | | | | Buy (add'l) | 07/22/20 | J | | |
| 90. | | | | | Sold (part) | 08/21/20 | K | C | |
| 91. | | | | | Sold (part) | 08/24/20 | J | D | |
| 92. | | | | | Buy (add'l) | 08/26/20 | K | | |
| 93. | | | | | Sold (part) | 09/18/20 | J | B | |
| 94. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 95. Torex Gold Resources Inc (TORXF) | | None | | | Sold | 07/16/20 | K | C | |
| 96. Valero Energy Corp (VLO) | | None | | | Buy | 04/23/20 | K | | |
| 97. | | | | | Sold | 05/14/20 | K | D | |
| 98. Yext Inc (YEXT) | | None | K | T | Buy (add'l) | 01/23/20 | K | | |
| 99. | | | | | Sold | 06/19/20 | K | | |
| 100. | | | | | Buy | 06/24/20 | K | | |
| 101. | | | | | Sold (part) | 08/21/20 | K | B | |
| 102. | | | | | Buy (add'l) | 08/26/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 11/20/20 | K | B | |
| 104. | | | | | Buy | 12/01/20 | K | | |
| 105. Zendesk Inc Shs (ZEN) | | None | | | Sold | 09/18/20 | L | A | |
| 106. | | | | | Buy | 09/23/20 | L | | |
| 107. | | | | | Sold | 11/20/20 | L | D | |
| 108. Zuora Inc Cl A (ZUO) | | None | K | T | Buy<br>(add'l) | 01/23/20 | K | | |
| 109. Calamos Strat Tot Return (CSQ) | B | Dividend | K | T | | | | | |
| 110. CALL LITE | | None | J | T | Buy | 12/21/20 | J | | |
| 111. CALL EDIT | | None | K | T | Buy | 12/21/20 | K | | |
| 112. CALL EB | | None | J | T | Buy | 12/21/20 | J | | |
| 113. CALL OKTA | | None | J | T | Buy | 11/27/20 | J | | |
| 114. CALL AKTS | | None | J | T | Buy | 12/21/20 | J | | |
| 115. CALL CLDR | | None | J | T | Buy | 12/21/20 | J | | |
| 116. CALL NTLA | | None | K | T | Buy | 10/19/20 | J | | |
| 117. CALL ARDX | | None | J | T | Buy | 10/19/20 | J | | |
| 118. Account #2 (H) | | | | | | | | | |
| 119. ML Bank Deposit Program (cash) | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Alector Inc (ALEC) | | None | K | T | | | | | |
| 121.  Annaly Cap Mgmnt (NLY) | C | Dividend | K | T | | | | | |
| 122.  Aphria Inc SHS (APHQF) | | None | J | T | | | | | |
| 123.  Ares Capital Corp (ARCC) | B | Dividend | K | T | | | | | |
| 124.  Aurora Cannabis Inc (ACB) (Y) | | | | | | | | | |
| 125.  Bank of America Corp (BAC) | D | Dividend | N | T | Sold<br>(part) | 07/24/20 | L | | |
| 126.  Beam Therapeutics Inc (BEAM) | | None | K | T | Buy | 08/28/20 | J | | |
| 127.  BP PLC (BP) | B | Dividend | K | T | | | | | |
| 128.  Calyxt Inc Reg Shs (CLXT) | | None | J | T | | | | | |
| 129.  Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 130.  Hookipa Pharma Inc (HOOK) | | None | J | T | | | | | |
| 131.  Spero Therapeutics Inc (SPRO) | B | Dividend | K | T | | | | | |
| 132.  Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | K | T | | | | | |
| 133.  Yiren Digital Ltd (YRD) | | None | J | T | Buy | 01/13/20 | J | | |
| 134.  Calamos Strat Tot Return (CSQ) | B | Dividend | K | T | Buy<br>(add'l) | 03/25/20 | J | | |
| 135.  PUT OKTA | | None | J | T | Buy | 12/22/20 | J | | |
| 136.  Account #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ML Bank Deposit Program (cash) | A | Interest | J | T | | | | | |
| 138. BP PLC (BP) | A | Dividend | J | T | | | | | |
| 139. Exxon Mobil Corp (XOM) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 140. Valero Energy Corp (VLO) | A | Dividend | J | T | | | | | |
| 141. Wells Fargo & Co (WFC) | A | Dividend | J | T | | | | | |
| 142. Account #4 (H) | | | | | | | | | |
| 143. ML Bank Deposit Program (cash) | A | Interest | J | T | | | | | |
| 144. BP PLC (BP) | A | Dividend | J | T | Buy (add'l) | 07/15/20 | J | | |
| 145. Exxon Mobil Corp (XOM) | A | Dividend | J | T | Buy | 03/06/20 | J | | |
| 146. Truist Finl Corp (TFC) | A | Dividend | J | T | Buy | 03/06/20 | J | | |
| 147. Valero Energy Corp (VLO) | A | Dividend | J | T | | | | | |
| 148. Wells Fargo & Co (WFC) | A | Dividend | K | T | Buy (add'l) | 07/15/20 | J | | |
| 149. Account #5 (H) | | | | | | | | | |
| 150. ML Bank Deposit Program (cash) | A | Interest | N | T | | | | | |
| 151. Akero Therapeutics (AKRO) | | None | | | Buy | 04/22/20 | K | | |
| 152. | | | | | Sold | 05/15/20 | K | C | |
| 153. | | | | | Buy | 05/20/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 06/19/20 | K | C | |
| 155. | | | | | Buy | 06/24/20 | L | | |
| 156. | | | | | Sold | 07/17/20 | L | D | |
| 157.  Akoustis Technologies (AKTS) | | None | L | T | Sold (part) | 12/21/20 | J | D | |
| 158. | | | | | Buy (add'l) | 12/23/20 | K | | |
| 159.  Ambarella Inc (AMBA) | | None | | | Sold | 02/21/20 | M | D | |
| 160. | | | | | Buy | 03/18/20 | M | | |
| 161. | | | | | Sold | 11/20/20 | M | C | |
| 162.  Aphria Inc Shs (APHA) | | None | | | Sold | 11/20/20 | J | | |
| 163.  Ardelyx Inc Shs (ARDX) | | None | K | T | Buy (add'l) | 07/02/20 | J | | |
| 164.  Aurora Cannabis Inc (ACB) | | None | J | T | | | | | |
| 165.  Axos Finl Inc (AX) | | None | | | Sold | 10/16/20 | K | | |
| 166.  Belo Sun Mining Corp (VNNHF) | | None | | | Sold | 02/28/20 | J | | |
| 167.  BP PLC (BP) | A | Dividend | K | T | Buy | 08/26/20 | K | | |
| 168.  Cerence Inc Reg Shs (CRNC) | | None | | | Buy (add'l) | 01/24/20 | J | | |
| 169. | | | | | Buy (add'l) | 02/19/20 | K | | |
| 170. | | | | | Sold | 05/15/20 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Cloudera Inc (CLDR) | | None | L | T | Buy<br>(add'l) | 02/19/20 | J | | |
| 172. | | | | | Buy<br>(add'l) | 04/22/20 | J | | |
| 173. | | | | | Sold | 06/19/20 | L | E | |
| 174. | | | | | Buy | 06/24/20 | L | | |
| 175.  Crispr Therapeutics AG (CRSP) | | None | | | Buy<br>(add'l) | 06/24/20 | L | | |
| 176. | | | | | Sold<br>(part) | 06/19/20 | L | | |
| 177. | | | | | Sold<br>(part) | 07/17/20 | L | | |
| 178. | | | | | Sold | 08/21/20 | M | E | |
| 179. | | | | | Buy | 08/26/20 | M | | |
| 180. | | | | | Sold | 11/20/20 | M | E | |
| 181.  Disney Co (DIS) | | None | | | Buy | 05/22/20 | L | | |
| 182. | | | | | Buy<br>(add'l) | 06/24/20 | K | | |
| 183. | | | | | Sold | 08/21/20 | M | D | |
| 184.  Docusign Inc (DOCU) | | None | | | Sold | 02/21/20 | L | C | |
| 185.  Editas Medicine Inc Shs (EDIT) | | None | N | T | Buy<br>(add'l) | 01/24/20 | K | | |
| 186. | | | | | Sold<br>(part) | 08/21/20 | M | E | |
| 187. | | | | | Buy<br>(add'l) | 08/26/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moody, Jr., James S.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Eldorado Gold Corp (EGO) | | None | | | Sold | 02/19/20 | J | | |
| 189. Endo Intl PLC Shs (ENDP) | | None | K | T | | | | | |
| 190. Energous Corp Shs (WATT) | | None | J | T | | | | | |
| 191. Equity Commonwealth (EQC) | | None | | | Sold | 01/24/20 | L | D | |
| 192. Eventbrite Inc Reg Shs (EB) | | None | L | T | Buy<br>(add'l) | 04/22/20 | J | | |
| 193. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 194. Everspin Technologies (MRAM) | | None | K | T | | | | | |
| 195. Forescout Technologies (FSCT) | | None | | | Sold | 04/23/20 | K | | |
| 196. Gilead Sciences Inc Com (GILD) | | None | | | Sold | 02/21/20 | L | | |
| 197. Heron Therapeutics Inc (HRTX) | | None | K | T | Buy | 01/24/20 | K | | |
| 198. Impinj Inc (PI) | | None | | | Buy | 04/23/20 | K | | |
| 199. | | | | | Sold | 05/15/20 | K | C | |
| 200. | | | | | Buy | 05/20/20 | K | | |
| 201. | | | | | Sold | 06/19/20 | K | B | |
| 202. | | | | | Buy | 06/24/20 | L | | |
| 203. | | | | | Sold | 09/18/20 | L | | |
| 204. | | | | | Buy | 09/23/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Sold | 11/20/20 | L | D | |
| 206.  Intellia Therapeutics (NTLA) | | None | M | T | Sold | 06/19/20 | K | | |
| 207. | | | | | Buy | 06/24/20 | K | | |
| 208. | | | | | Sold | 10/16/20 | L | D | |
| 209. | | | | | Buy | 10/21/20 | M | | |
| 210.  Invitae Corp (NVTA) | | None | M | T | Sold | 01/22/20 | K | C | |
| 211. | | | | | Buy | 01/23/20 | L | | |
| 212. | | | | | Sold | 02/21/20 | L | D | |
| 213. | | | | | Buy | 02/26/20 | L | | |
| 214. | | | | | Sold | 07/17/20 | L | E | |
| 215. | | | | | Buy | 07/22/20 | L | | |
| 216. | | | | | Sold | 08/21/20 | M | D | |
| 217. | | | | | Buy | 08/26/20 | M | | |
| 218. | | | | | Sold (part) | 09/18/20 | L | D | |
| 219. | | | | | Buy (add'l) | 09/23/20 | L | | |
| 220. | | | | | Sold | 10/16/20 | L | E | |
| 221. | | | | | Buy | 11/30/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Kaleido Biosciences Inc (KLDO) | None | | J | T | | | | | |
| 223. Karyopharm Therapeutics (KPTI) | None | | K | T | Buy | 04/14/20 | K | | |
| 224. | | | | | Buy (add'l) | 06/24/20 | K | | |
| 225. Lumentum Holdings Inc (LITE) | None | | M | T | Sold | 02/21/20 | M | D | |
| 226. | | | | | Buy | 02/26/20 | M | | |
| 227. | | | | | Sold (part) | 07/20/20 | L | C | |
| 228. | | | | | Sold | 08/21/20 | L | D | |
| 229. | | | | | Buy | 08/26/20 | M | | |
| 230. Macom Technology (MTSI) | None | | | | Sold | 01/17/20 | K | A | |
| 231. | | | | | Buy | 01/23/20 | L | | |
| 232. | | | | | Sold | 06/19/20 | L | D | |
| 233. | | | | | Buy | 06/24/20 | M | | |
| 234. | | | | | Sold | 07/17/20 | M | D | |
| 235. | | | | | Buy | 07/22/20 | M | | |
| 236. | | | | | Sold | 11/20/20 | M | D | |
| 237. Marriott Intl Inc (MAR) | None | | | | Buy | 10/01/20 | K | | |
| 238. | | | | | Sold | 11/20/20 | L | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Microvision Inc (MVIS) | | None | J | T | Sold (part) | 10/13/20 | J | | |
| 240. | | | | | Sold | 10/16/20 | J | | |
| 241. | | | | | Buy | 10/21/20 | J | | |
| 242. New Gold Inc CDA (NGD) | | None | | | Sold | 02/19/20 | J | | |
| 243. New Relic Inc (NEWR) | | None | L | T | Sold | 01/17/20 | L | C | |
| 244. | | | | | Buy | 01/23/20 | L | | |
| 245. | | | | | Buy (add'l) | 02/26/20 | K | | |
| 246. | | | | | Sold | 06/19/20 | L | C | |
| 247. | | | | | Buy | 06/24/20 | L | | |
| 248. | | | | | Sold | 10/16/20 | L | | |
| 249. | | | | | Buy | 10/21/20 | L | | |
| 250. Nuance Communications Inc (NUAN) | | None | | | Sold | 02/25/20 | L | C | |
| 251. Okta Inc Reg Shs Cl A (OKTA) | | None | N | T | Sold | 02/21/20 | M | D | |
| 252. | | | | | Buy | 02/26/20 | M | | |
| 253. | | | | | Sold (part) | 05/15/20 | M | E | |
| 254. | | | | | Sold | 06/19/20 | M | F | |
| 255. | | | | | Buy | 07/02/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 07/22/20 | M | | |
| 257. | | | | | Sold<br>(part) | 10/16/20 | M | D | |
| 258. | | | | | Buy<br>(add'l) | 11/30/20 | M | | |
| 259. Overstock.Com Inc (OSTK) | A | Dividend | | | Buy<br>(add'l) | 02/19/20 | J | | |
| 260. | | | | | Sold | 05/14/20 | J | B | |
| 261. Pagerduty Inc Reg Shs (PD) | | None | L | T | Sold | 01/17/20 | K | C | |
| 262. | | | | | Buy | 01/23/20 | L | | |
| 263. | | | | | Buy<br>(add'l) | 02/26/20 | K | | |
| 264. | | | | | Sold | 06/19/20 | M | D | |
| 265. | | | | | Buy | 06/24/20 | L | | |
| 266. | | | | | Sold | 10/16/20 | L | | |
| 267. | | | | | Buy | 10/21/20 | L | | |
| 268. Precision Biosciences (DTIL) | | None | K | T | Buy<br>(add'l) | 12/23/20 | K | | * |
| 269. Regeneron Pharmactcls (REGN) | | None | | | Sold | 02/21/20 | M | C | |
| 270. | | | | | Buy | 02/26/20 | M | | |
| 271. | | | | | Sold | 03/24/20 | M | D | |
| 272. Snap Inc Cl A (SNAP) | | None | | | Sold | 01/17/20 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Buy | 01/23/20 | K | | |
| 274. | | | | | Sold<br>(part) | 06/19/20 | K | A | |
| 275. | | | | | Sold | 10/16/20 | K | D | |
| 276.  Sorrento Therapeutics (SRNE) | None | K | T | | Buy | 05/27/20 | K | | |
| 277. | | | | | Buy<br>(add'l) | 05/28/20 | K | | |
| 278. | | | | | Sold<br>(part) | 08/18/20 | K | D | |
| 279. | | | | | Sold<br>(part) | 08/19/20 | K | D | |
| 280. | | | | | Sold<br>(part) | 08/21/20 | K | E | |
| 281. | | | | | Buy<br>(add'l) | 08/26/20 | K | | |
| 282. | | | | | Sold<br>(part) | 09/22/20 | J | B | |
| 283. | | | | | Buy<br>(add'l) | 09/23/20 | K | | |
| 284.  Splunk Inc (SPLK) | None | | | | Sold | 01/22/20 | M | E | |
| 285. | | | | | Buy<br>(add'l) | 02/28/20 | L | | |
| 286. | | | | | Sold | 06/19/20 | L | B | |
| 287.  Stoke Therapeutics Inc (STOK) | None | | | | Buy | 04/22/20 | K | | |
| 288. | | | | | Buy<br>(add'l) | 06/24/20 | K | | |
| 289. | | | | | Sold | 08/21/20 | K | D | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy | 08/26/20 | L | | |
| 291. | | | | | Sold | 09/18/20 | L | D | |
| 292. | | | | | Buy | 09/23/20 | L | | |
| 293. | | | | | Sold | 10/20/20 | L | A | |
| 294. | | | | | Buy | 10/21/20 | L | | |
| 295. | | | | | Sold | 11/20/20 | L | C | |
| 296. Talend SA (TLND) | None | | K | T | | | | | |
| 297. TCR2 Therapeutics Inc (TCRR) | None | | | | Sold | 11/20/20 | K | D | |
| 298. Torex Gold Resources Inc (TORFX) | None | | | | Sold | 02/19/20 | K | D | |
| 299. Truist Finl Corp (TFC) | None | | | | Buy | 03/10/20 | J | | |
| 300. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 301. | | | | | Sold | 08/12/20 | K | B | |
| 302. Valero Energy (VLO) | None | | | | Buy | 04/13/20 | K | | |
| 303. | | | | | Sold | 05/14/20 | K | D | |
| 304. Vmware Inc (VMW) | None | | M | T | | | | | |
| 305. Wix Com LTD (WIX) | None | | | | Sold | 01/17/20 | M | D | |
| 306. | | | | | Buy | 01/23/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Sold | 05/15/20 | M | D | |
| 308. Yext Inc (YEXT) | | None | K | T | Sold | 01/17/20 | K | C | |
| 309. | | | | | Buy | 01/23/20 | K | | |
| 310. | | | | | Sold | 02/21/20 | K | A | |
| 311. | | | | | Buy | 02/26/20 | K | | |
| 312. | | | | | Sold | 06/19/20 | K | | |
| 313. | | | | | Buy | 06/24/20 | K | | |
| 314. | | | | | Sold<br>(part) | 08/21/20 | K | B | |
| 315. | | | | | Buy<br>(add'l) | 08/26/20 | K | | |
| 316. | | | | | Sold | 11/20/20 | K | B | |
| 317. | | | | | Buy | 11/30/20 | K | | |
| 318. Zuora Inc Cl A (ZUO) | | None | K | T | Sold | 01/17/20 | K | B | |
| 319. | | | | | Buy | 01/23/20 | K | | |
| 320. Vaneck Vectors Gold (GDX) | | None | | | Sold | 02/25/20 | M | | |
| 321. Vivendi Shs Unsp ADR (VIVHY) (X) | | None | | | Sold | 02/14/20 | K | E | |
| 322. CALL MVIS | | None | J | T | Buy | 12/21/20 | J | | |
| 323. CALL NEWR | | None | J | T | Buy | 12/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. CALL LITE | | None | J | T | Expired | 01/17/20 | J | | |
| 325. | | | | | Buy | 12/21/20 | J | | |
| 326. CALL PD | | None | J | T | Buy | 10/19/20 | J | | |
| 327. CALL EDIT | | None | L | T | Expired | 01/17/20 | J | | |
| 328. | | | | | Buy | 11/25/20 | L | | |
| 329. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 330. CALL DTIL | | None | J | T | Buy | 12/21/20 | J | | |
| 331. CALL OKTA | | None | J | T | Buy | 11/25/20 | J | | |
| 332. CALL KPTI | | None | J | T | Buy | 12/21/20 | J | | |
| 333. CALL AKTS | | None | J | T | Buy | 12/21/20 | J | | |
| 334. CALL CLDR | | None | J | T | Buy | 12/21/20 | J | | |
| 335. CALL NTLA | | None | L | T | Buy | 10/19/20 | L | | |
| 336. CALL EB | | None | K | T | Buy | 10/19/20 | K | | |
| 337. CALL NVTA | | None | J | T | Buy<br>(add'l) | 11/25/20 | J | | |
| 338. CALL ARDX | | None | J | T | Buy | 10/19/20 | J | | |
| 339. CALL ACB | | None | J | T | Buy | 10/19/20 | J | | |
| 340. CALL VMW | | None | | | Expired | 01/21/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. CALL SNAP | | None | | | Expired | 02/21/20 | J | | |
| 342. CALL SPLK | | None | | | Expired | 01/21/20 | J | | |
| 343. CALL AMBA | | None | | | Expired | 02/21/20 | J | | |
| 344. CALL DOCU | | None | | | Expired | 02/21/20 | J | | |
| 345. CALL NUAN | | None | | | Expired | 02/21/20 | J | | |
| 346. CALL TLND | | None | | | Expired | 01/22/20 | J | | |
| 347. CALL MTSI | | None | | | Expired | 02/21/20 | J | | |
| 348. CALL WYNN | | None | | | Expired | 01/21/20 | J | | |
| 349. CALL CRSP | | None | | | Expired | 01/17/20 | J | | |
| 350. CALL GDX | | None | | | Expired | 01/17/20 | J | | |
| 351. CALL NTNX | | None | | | Expired | 02/21/20 | J | | |
| 352. Account #6 (H) | | | | | | | | | |
| 353. ML Bank Deposit Program (cash) | A | Interest | N | T | | | | | |
| 354. Alector Inc (ALEC) | | None | L | T | Buy<br>(add'l) | 02/19/20 | L | | |
| 355. | | | | | Sold | 06/19/20 | L | E | |
| 356. | | | | | Buy | 06/24/20 | L | | |
| 357. Air Lease Corp CL A (AL) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Ares Capital Corp (ARCC) | C | Dividend | L | T | Buy (add'l) | 04/22/20 | J | | ** |
| 359. Astellas Pharma Inc Shs (ALPMY) | A | Dividend | K | T | | | | | ** |
| 360. BP PLC (BP) | A | Dividend | K | T | Buy | 07/22/20 | K | | |
| 361. Cabaletta Bio Inc Reg (CABA) | | None | K | T | Buy | 07/06/20 | K | | |
| 362. Calyxt Inc Reg Shs (CLXT) | | None | J | T | | | | | |
| 363. CIE Financiere Richemont (CFRUY) | | None | | | Sold | 02/19/20 | K | C | |
| 364. Fairfax Finl Hldgs LTD (FRFHF) | D | Dividend | | | Sold (part) | 02/19/20 | M | D | |
| 365. | | | | | Sold (part) | 10/01/20 | K | | |
| 366. | | | | | Sold (part) | 10/28/20 | J | | |
| 367. | | | | | Sold | 11/04/20 | M | | |
| 368. Harpoon Therapeutics Inc (HARP) | | None | K | T | | | | | |
| 369. Heron Therapeutics (HRTX) | | None | K | T | Buy | 01/22/20 | K | | |
| 370. Hookipa Pharma Inc (HOOK) | | None | J | T | | | | | |
| 371. Kinder Morgan Inc Del (KMI) | C | Dividend | L | T | Buy (add'l) | 09/17/20 | J | | ** |
| 372. Passage Bio Inc (PASG) | | None | K | T | Buy | 09/02/20 | K | | |
| 373. Prevail Therapeutics (PRVL) | | None | J | T | Buy | 03/25/20 | J | | |
| 374. Revolution Medicines Inc (RVMD) | | None | K | T | Buy | 08/05/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. Spero Therapeutics Inc (SPRO) | D | Dividend | L | T | | | | | |
| 376. Vivendi Shs Unsp ADR (VIVHY) | B | Dividend | | | Sold | 10/22/20 | L | D | |
| 377. Wells Fargo & Co New Del (WFC) | B | Dividend | M | T | Buy (add'l) | 03/10/20 | J | | ** |
| 378. | | | | | Buy (add'l) | 08/26/20 | K | | |
| 379. Calamos Stra Tot Return (CSQ) | C | Dividend | | | Buy (add'l) | 03/25/20 | J | | |
| 380. | | | | | Sold | 11/09/20 | L | E | |
| 381. PUT CRSP | | None | J | T | Buy | 12/28/20 | J | | |
| 382. PUT OKTA | | None | J | T | Buy | 12/28/20 | J | | |
| 383. Account #7 (H) | | | | | | | | | |
| 384. ML Bank Deposit Program (cash) | A | Interest | K | T | Open | 11/05/20 | M | | |
| 385. Amazon.com Inc (AMZN) | | None | | | Buy | 11/06/20 | J | | |
| 386. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 387. | | | | | Sold | 12/01/20 | J | | |
| 388. Airbnb Inc Cl A (ABNB) | | None | J | T | Buy | 12/11/20 | J | | |
| 389. Carvana Co (CVNA) | | None | J | T | Buy | 11/06/20 | J | | |
| 390. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 391. | | | | | Sold (part) | 12/23/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | | Sold<br>(part) | 12/28/20 | J | A | |
| 393. | Chewy Inc (CHWY) | | None | J | T | Buy | 11/06/20 | J | | |
| 394. | Cloudflare Inc (NET) | | None | J | T | Buy | 11/06/20 | J | | |
| 395. | | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 396. | | | | | | Sold<br>(part) | 12/23/20 | J | A | |
| 397. | | | | | | Sold<br>(part) | 12/28/20 | J | A | |
| 398. | Costco Wholesale Crp Del (COST) | | None | J | T | Buy | 12/28/20 | J | | |
| 399. | Coupa Software (COUP) | | None | J | T | Buy | 11/06/20 | J | | |
| 400. | | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 401. | Doordash Inc Reg Shs Cl A (DASH) | | None | J | T | Buy | 12/10/20 | J | | |
| 402. | Datadog Inc (DDOG) | | None | | | Buy | 11/06/20 | J | | |
| 403. | | | | | | Sold | 11/11/20 | J | | |
| 404. | Dexcom Inc (DXCM) | | None | | | Buy | 11/06/20 | J | | |
| 405. | | | | | | Sold | 12/10/20 | J | | |
| 406. | Facebook Inc (FB) | | None | J | T | Buy | 12/28/20 | J | | |
| 407. | Fastly Inc (FSLY) | | None | J | T | Buy | 11/06/20 | J | | |
| 408. | Guardant Health Inc (GH) | | None | J | T | Buy | 11/06/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Illumina Inc (ILMN) | | None | J | T | Buy | 11/06/20 | J | | |
| 410. Intuitive Surgical (ISRG) | | None | J | T | Buy | 11/06/20 | J | | |
| 411. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 412. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 413. MongoDB Inc (MDB) | | None | J | T | Buy | 11/06/20 | J | | |
| 414. Netflix Inc (NFLX) | | None | | | Buy | 11/06/20 | J | | |
| 415. | | | | | Sold | 12/14/20 | J | | |
| 416. Nvidia (NVDA) | A | Dividend | | | Buy | 11/06/20 | J | | |
| 417. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 418. | | | | | Sold | 12/14/20 | J | | |
| 419. Okta Inc (OKTA) | | None | J | T | Buy | 11/06/20 | J | | |
| 420. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 421. Pinterest Inc (PINS) | | None | J | T | Buy | 11/06/20 | J | | |
| 422. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 423. RTY Pharma Plc SHS Cl A (RPRX) | A | Dividend | J | T | Buy | 12/21/20 | J | | |
| 424. Shopify Inc (SHOP) | | None | J | T | Buy | 11/06/20 | J | | |
| 425. | | | | | Buy (add'l) | 11/10/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 427. | | | | | Sold (part) | 12/23/20 | J | A | |
| 428. | | | | | Sold (part) | 12/28/20 | J | A | |
| 429. Slack Technologies Inc (WORK) | None | | | | Buy | 11/06/20 | J | | |
| 430. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 431. | | | | | Sold | 12/02/20 | J | C | |
| 432. Snap Inc (SNAP) | None | | J | T | Buy | 11/06/20 | J | | |
| 433. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 434. Snowflake Inc (SNOW) | None | | J | T | Buy | 11/06/20 | J | | |
| 435. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 436. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 437. Spotify Tech (SPOT) | None | | J | T | Buy | 11/06/20 | J | | |
| 438. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 439. Square Inc (SQ) | None | | J | T | Buy | 11/06/20 | J | | |
| 440. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 441. | | | | | Sold (part) | 12/01/20 | J | A | |
| 442. | | | | | Sold (part) | 12/17/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 12/28/20 | J | A | |
| 444. Trade Desk Inc (TTD) | | None | J | T | Buy | 11/06/20 | J | | |
| 445. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 446. | | | | | Sold (part) | 12/21/20 | J | A | |
| 447. | | | | | Sold (part) | 12/28/20 | J | A | |
| 448. Twilio Inc (TWLO) | | None | J | T | Buy | 11/06/20 | J | | |
| 449. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 450. Twitter Inc (TWTR) | | None | J | T | Buy | 11/06/20 | J | | |
| 451. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 452. Uber Technologies Inc (UBER) | | None | J | T | Buy | 11/06/20 | J | | |
| 453. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 454. Unity Software Inc (U) | | None | J | T | Buy | 11/06/20 | J | | |
| 455. Veeva Sys Inc (VEEV) | | None | | | Buy | 11/06/20 | J | | |
| 456. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 457. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 458. | | | | | Sold | 12/10/20 | J | | |
| 459. Wayfair Inc (W) | | None | | | Buy | 11/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Sold | 12/14/20 | J | | |
| 461. Zillow Group Inc (Z) | | None | J | T | Buy | 11/06/20 | J | | |
| 462. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 463. Zoom Video Comm (ZM) | | None | | | Buy | 11/06/20 | J | | |
| 464. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 465. | | | | | Sold | 12/10/20 | J | | |
| 466. 10x Genomics Inc (TXG) | | None | J | T | Buy | 11/06/20 | J | | |
| 467. iShares Russell 1000 (IWF) | A | Dividend | L | T | Buy | 12/10/20 | L | | |
| 468. Account #8 (H) | | | | | | | | | |
| 469. Proctor & Gamble (PG) | A | Dividend | K | T | | | | | |
| 470. Starbucks Corp (SBUX) | A | Dividend | K | T | | | | | |
| 471. Travelers Cos Inc (TRV) | A | Dividend | K | T | | | | | |
| 472. Valero Energy Corp (VLO) | A | Dividend | J | T | | | | | |
| 473. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 474. Account #9 (H) | | | | | | | | | |
| 475. Anheuser-Busch Inbev ADR (BUD) | A | Dividend | J | T | | | | | |
| 476. BP PLC (BP) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 478. Carnival Corp Paired Shs (CCL) | | None | J | T | Buy | 12/02/20 | J | | |
| 479. II-VI Inc (IIVI) | | None | K | T | | | | | |
| 480. Norweigan Crusie Line (NCLH) | | None | J | T | Buy | 12/02/20 | J | | |
| 481. Starbucks Corp (SBUX) | A | Dividend | K | T | | | | | |
| 482. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 483. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 484. Account #10 (H) | | | | | | | | | |
| 485. Anheuser-Busch Inbev ADR (BUD) | A | Dividend | J | T | | | | | |
| 486. BP PLC (BP) | A | Dividend | J | T | | | | | |
| 487. Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 488. Carnival Corp Paired Shs (CCL) | | None | J | T | Buy | 12/02/20 | J | | |
| 489. II-VI Inc (IIVI) | | None | K | T | | | | | |
| 490. Norweigan Crusie Line (NCLH) | | None | J | T | Buy | 12/02/20 | J | | |
| 491. Starbucks Corp (SBUX) | A | Dividend | K | T | | | | | |
| 492. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 493. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moody, Jr., James S.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494.  Account #11 (H) | | | | | | | | | |
| 495.  Anheuser-Busch Inbev ADR (BUD) | A | Dividend | J | T | | | | | |
| 496.  BP PLC (BP) | A | Dividend | J | T | | | | | |
| 497.  Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 498.  Carnival Corp Paired Shs (CCL) | | None | J | T | Buy | 12/02/20 | J | | |
| 499.  II-VI Inc (IIVI) | | None | K | T | | | | | |
| 500.  Norweigan Crusie Line (NCLH) | | None | J | T | Buy | 12/02/20 | J | | |
| 501.  Starbucks Corp (SBUX) | A | Dividend | K | T | | | | | |
| 502.  Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 503.  Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 504.  Account #12 (H) | | | | | | | | | |
| 505.  Anheuser-Busch Inbev ADR (BUD) | A | Dividend | J | T | | | | | |
| 506.  BP PLC (BP) | A | Dividend | J | T | | | | | |
| 507.  Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 508.  Carnival Corp Paired Shs (CCL) | | None | J | T | Buy | 12/02/20 | J | | |
| 509.  II-VI Inc (IIVI) | | None | K | T | | | | | |
| 510.  Norweigan Crusie Line (NCLH) | | None | J | T | Buy | 12/02/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511. Starbucks Corp (SBUX) | A | Dividend | K | T | | | | | |
| 512. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 513. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 514. Account #13 (H) | | | | | | | | | |
| 515. Anheuser-Busch Inbev ADR (BUD) | A | Dividend | J | T | | | | | |
| 516. BP PLC (BP) | A | Dividend | J | T | | | | | |
| 517. Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 518. Carnival Corp Paired Shs (CCL) | | None | J | T | Buy | 12/02/20 | J | | |
| 519. II-VI Inc (IIVI) | | None | K | T | | | | | |
| 520. Norweigan Crusie Line (NCLH) | | None | J | T | Buy | 12/02/20 | J | | |
| 521. Starbucks Corp (SBUX) | A | Dividend | K | T | | | | | |
| 522. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 523. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 524. Account #14 (H) | | | | | | | | | |
| 525. Anheuser-Busch Inbev ADR (BUD) | A | Dividend | J | T | | | | | |
| 526. BP PLC (BP) | A | Dividend | J | T | | | | | |
| 527. Canopy Growth Corp (CGC) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  Carnival Corp Paired Shs (CCL) | | None | J | T | Buy | 12/02/20 | J | | |
| 529.  II-VI Inc (IIVI) | | None | K | T | | | | | |
| 530.  Norweigan Crusie Line (NCLH) | | None | J | T | Buy | 12/02/20 | J | | |
| 531.  Starbucks Corp (SBUX) | A | Dividend | K | T | | | | | |
| 532.  Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 533.  Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 534.  Account #15 (H) | | | | | | | | | |
| 535.  Anheuser-Busch Inbev ADR (BUD) | A | Dividend | J | T | | | | | |
| 536.  BP PLC (BP) | A | Dividend | J | T | | | | | |
| 537.  Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 538.  Carnival Corp Paired Shs (CCL) | | None | J | T | Buy | 12/02/20 | J | | |
| 539.  II-VI Inc (IIVI) | | None | K | T | | | | | |
| 540.  Norweigan Crusie Line (NCLH) | | None | J | T | Buy | 12/02/20 | J | | |
| 541.  Starbucks Corp (SBUX) | A | Dividend | K | T | | | | | |
| 542.  Valero Energy Corp (VLO) | A | Dividend | J | T | | | | | |
| 543.  Account #16 (H) | | | | | | | | | |
| 544.  Carnival Corp (CCL) (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. Exxon Mobil (XOM) | A | Dividend | J | T | Buy | 07/21/20 | J | | |
| 546. Account #19 (H) | | | | | | | | | |
| 547. ML Bank Deposit Program (X) | A | Interest | J | T | | | | | |
| 548. Arista Networks Inc (ANET) | | None | M | T | Buy<br>(add'l) | 02/26/20 | K | | ** |
| 549. Biomarin Pharmaceuticals (BMRN) | | None | N | T | Buy | 02/06/20 | K | | |
| 550. | | | | | Sold | 02/21/20 | K | B | |
| 551. | | | | | Buy | 02/26/20 | L | | |
| 552. | | | | | Buy<br>(add'l) | 05/20/20 | M | | |
| 553. | | | | | Sold | 06/19/20 | M | D | |
| 554. | | | | | Buy | 06/24/20 | L | | |
| 555. | | | | | Sold | 07/17/20 | L | E | |
| 556. | | | | | Buy | 07/22/20 | L | | |
| 557. | | | | | Buy<br>(add'l) | 08/26/20 | L | | |
| 558. | | | | | Buy<br>(add'l) | 09/24/20 | K | | |
| 559. Canopy Growth Corp (CGC) | | None | K | T | | | | | ** |
| 560. Carnival Corp (CCL) | | None | L | T | Buy | 03/25/20 | J | | |
| 561. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. | | | | | Sold | 06/19/20 | K | D | |
| 563. | | | | | Buy | 06/24/20 | L | | |
| 564.   Cisco Systems (CSCO) | | None | K | T | Buy | 10/22/20 | K | | |
| 565.   Corning Inc (GLW) | A | Dividend | K | T | Buy<br>(add'l) | 10/01/20 | K | | ** |
| 566. | | | | | Sold | 10/16/20 | K | B | |
| 567. | | | | | Buy | 10/21/20 | K | | |
| 568.   Desktop Metal Inc (DM) | | None | L | T | Buy | 12/23/20 | K | | |
| 569.   Exxon Mobil Corp (XOM) | C | Dividend | K | T | Buy | 03/10/20 | J | | |
| 570. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 571. | | | | | Buy<br>(add'l) | 03/26/20 | K | | |
| 572. | | | | | Sold<br>(part) | 04/17/20 | K | C | |
| 573. | | | | | Buy<br>(add'l) | 04/22/20 | K | | |
| 574.   FireEye Inc (FEYE) | | None | K | T | | | | | ** |
| 575.   Gossamer Bio Inc (GOSS) | | None | K | T | Buy<br>(add'l) | 02/26/20 | J | | ** |
| 576. | | | | | Buy | 10/21/20 | J | | |
| 577. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 578.   Homology Medicines Inc (FIXX) | | None | K | T | Buy | 07/22/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 580. | | | | | Buy (add'l) | 08/26/20 | J | | |
| 581. II-VI Inc (IIVI) | None | | M | T | Buy (add'l) | 04/22/20 | K | | ** |
| 582. | | | | | Sold | 06/19/20 | M | E | |
| 583. | | | | | Buy | 06/24/20 | M | | |
| 584. | | | | | Buy (add'l) | 07/22/20 | K | | |
| 585. | | | | | Buy (add'l) | 08/26/20 | K | | |
| 586. | | | | | Sold (part) | 11/20/20 | L | | |
| 587. Micron Technology (MU) | None | | M | T | Buy | 10/22/20 | K | | |
| 588. | | | | | Sold | 11/20/20 | K | B | |
| 589. | | | | | Buy | 11/30/20 | L | | |
| 590. Norwegian Cruise Line (NCLH) | None | | M | T | Buy | 03/25/20 | J | | |
| 591. | | | | | Sold | 04/17/20 | J | C | |
| 592. | | | | | Buy | 04/23/20 | J | | |
| 593. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 594. | | | | | Sold (part) | 06/19/20 | J | C | |
| 595. | | | | | Buy (add'l) | 06/24/20 | K | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | Sold | 11/20/20 | K | D | |
| 597. | | | | | Buy | 11/30/20 | K | | |
| 598. Nutanix Inc (NTNX) | | None | L | T | Sold | 01/17/20 | K | | ** |
| 599. | | | | | Buy | 01/23/20 | L | | |
| 600. Palo Alto Networks (PALN) | | None | M | T | Buy | 07/02/20 | M | | |
| 601. | | | | | Sold | 08/21/20 | M | D | |
| 602. | | | | | Buy | 09/18/20 | M | | |
| 603. Ping Identity Hldg Corp (PING) | | None | K | T | Buy | 07/23/20 | K | | |
| 604. Skyworks Solutions Inc (SWKS) | B | Dividend | M | T | Buy | 02/26/20 | L | | |
| 605. | | | | | Buy (add'l) | 04/13/20 | K | | |
| 606. | | | | | Sold | 05/15/20 | M | D | |
| 607. | | | | | Buy | 05/20/20 | M | | |
| 608. | | | | | Sold | 06/19/20 | M | | |
| 609. | | | | | Buy | 06/24/20 | M | | |
| 610. | | | | | Sold | 08/21/20 | M | D | |
| 611. | | | | | Buy | 08/26/20 | M | | |
| 612. Southwest Airlines (LUV) | | None | L | T | Buy | 05/22/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. | | | | | Sold | 06/19/20 | K | C | |
| 614. | | | | | Buy (add'l) | 06/24/20 | K | | |
| 615. | | | | | Buy (add'l) | 07/22/20 | K | | |
| 616. | | | | | Sold (part) | 11/20/20 | K | D | |
| 617. | | | | | Buy (add'l) | 11/30/20 | K | | |
| 618. Surgery Partners Inc (SGRY) | | None | L | T | Buy | 05/22/20 | K | | |
| 619. Trine Acquisition Corp (TRNE) | | None | | | Buy | 10/22/20 | J | | |
| 620. | | | | | Sold | 12/10/20 | J | | |
| 621. United Airlines Hldgs (UAL) | | None | M | T | Buy | 12/21/20 | M | | |
| 622. Wynn Resorts LTD (WYNN) | B | Dividend | N | T | Sold | 01/17/20 | N | E | ** |
| 623. | | | | | Buy | 01/22/20 | N | | |
| 624. | | | | | Buy (add'l) | 04/14/20 | K | | |
| 625. | | | | | Buy (add'l) | 07/06/20 | L | | |
| 626. | | | | | Sold (part) | 08/21/20 | L | | |
| 627. | | | | | Sold (part) | 11/20/20 | L | | |
| 628. | | | | | Buy (add'l) | 11/30/20 | L | | |
| 629. Xilinx Inc (XLNX) | A | Dividend | | | Buy | 07/09/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630. | | | | | Sold | 12/21/20 | M | E | |
| 631. CALL NCLH | | None | J | T | Buy | 12/11/20 | J | | |
| 632. CALL UAL | | None | J | T | Buy | 12/21/20 | J | | |
| 633. CALL CCL | | None | J | T | Buy | 12/21/20 | J | | |
| 634. CALL SGRY | | None | J | T | Buy | 11/25/20 | J | | |
| 635. CALL WYNN | | None | K | T | Buy | 11/25/20 | K | | |
| 636. CALL PANW | | None | K | T | Buy | 10/19/20 | K | | |
| 637. CALL NTNX | | None | J | T | Buy | 10/19/20 | J | | |
| 638. CALL MU | | None | J | T | Buy | 12/08/20 | J | | |
| 639. CALL LUV | | None | J | T | Buy | 10/19/20 | J | | |
| 640. CALL FEYE | | None | J | T | Buy | 11/25/20 | J | | |
| 641. CALL ANET | | None | K | T | Buy | 10/19/20 | K | | |
| 642. CALL GOSS | | None | J | T | Buy | 11/25/20 | J | | |
| 643. CALL DM | | None | J | T | Buy | 12/21/20 | J | | |
| 644. CALL IIVI | | None | L | T | Buy | 10/19/20 | L | | |
| 645. CALL BMRN | | None | K | T | Buy | 11/25/20 | K | | |
| 646. CALL SWKS | | None | J | T | Buy | 11/25/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moody, Jr., James S.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647.  Account #20 (H) | | | | | | | | | |
| 648.  ML Bank Deposit Program (cash) (X) | A | Interest | L | T | | | | | |
| 649.  Arista Networks Inc (ANET) | | None | L | T | | | | | *** |
| 650.  BioMarin Pharmaceutical Inc (BMRN) | | None | L | T | Buy | 02/06/20 | K | | |
| 651. | | | | | Sold | 02/21/20 | K | B | |
| 652. | | | | | Buy | 02/27/20 | K | | |
| 653. | | | | | Buy<br>(add'l) | 05/20/20 | K | | |
| 654. | | | | | Sold<br>(part) | 06/19/20 | K | D | |
| 655. | | | | | Buy<br>(add'l) | 06/24/20 | L | | |
| 656. | | | | | Sold<br>(part) | 07/17/20 | L | E | |
| 657. | | | | | Buy<br>(add'l) | 07/22/20 | L | | |
| 658.  Canopy Growth Corp (CGC) | | None | L | T | | | | | *** |
| 659.  Carnival Corp (CCL) | | None | K | T | Buy | 03/25/20 | J | | |
| 660. | | | | | Sold | 06/23/20 | K | D | |
| 661. | | | | | Buy | 06/24/20 | K | | |
| 662. | | | | | Buy<br>(add'l) | 12/01/20 | K | | |
| 663. | | | | | Buy<br>(add'l) | 12/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  Corning Inc (GLW) | A | Dividend | K | T | | | | | *** |
| 665.  Crispr Therapeutics AG (CRSP) | | None | M | T | Sold | 06/19/20 | K | | *** |
| 666. | | | | | Buy | 06/24/20 | K | | |
| 667. | | | | | Sold | 07/17/20 | K | C | |
| 668. | | | | | Buy | 12/01/20 | M | | |
| 669.  FireEye Inc (FEYE) | | None | K | T | | | | | *** |
| 670.  Gossamer Bio Inc (GOSS) | | None | L | T | Buy (add'l) | 02/27/20 | J | | *** |
| 671. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 672. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 673. | | | | | Buy (add'l) | 12/23/20 | K | | |
| 674.  Homology Medicines Inc (FIXX) | | None | K | T | Buy | 07/22/20 | K | | |
| 675. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 676.  II-VI Inc (IIVI) | | None | L | T | Buy (add'l) | 01/23/20 | K | | *** |
| 677. | | | | | Sold | 06/19/20 | M | D | |
| 678. | | | | | Buy | 06/24/20 | M | | |
| 679. | | | | | Sold (part) | 11/20/20 | K | | |
| 680.  Impinj Inc (PI) | | None | J | T | Buy | 04/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold (part) | 05/15/20 | J | B | |
| 682. | | | | | Buy (add'l) | 05/20/20 | K | | |
| 683. | | | | | Sold | 06/19/20 | K | | |
| 684. | | | | | Buy (add'l) | 06/24/20 | K | | |
| 685. | | | | | Sold (part) | 09/22/20 | K | A | |
| 686. | | | | | Buy (add'l) | 09/23/20 | K | | |
| 687. | | | | | Sold (part) | 11/20/20 | K | C | |
| 688.  Invitae Corp (NVTA) | None | K | T | | Buy (add'l) | 01/23/20 | K | | *** |
| 689. | | | | | Sold | 02/25/20 | K | C | |
| 690. | | | | | Buy | 02/27/20 | K | | |
| 691. | | | | | Sold | 07/17/20 | L | E | |
| 692. | | | | | Buy | 07/22/20 | L | | |
| 693. | | | | | Sold | 08/21/20 | L | D | |
| 694. | | | | | Buy | 08/26/20 | L | | |
| 695. | | | | | Sold (part) | 09/22/20 | K | C | |
| 696. | | | | | Buy (add'l) | 09/23/20 | L | | |
| 697. | | | | | Sold | 10/16/20 | M | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 698. | | | | | Buy | 12/01/20 | K | | |
| 699. Micron Technology (X) | | None | K | T | | | | | |
| 700. New Relic Inc (NEWR) | | None | M | T | Buy (add'l) | 01/23/20 | M | | *** |
| 701. | | | | | Sold | 06/19/20 | M | | |
| 702. | | | | | Buy | 06/24/20 | M | | |
| 703. | | | | | Sold | 10/16/20 | M | | |
| 704. | | | | | Buy | 10/21/20 | M | | |
| 705. Norwegian Cruise Line (NCHL) (X) | | None | M | T | | | | | |
| 706. Nutanix Inc (NTNX) | | None | K | T | Buy | 09/24/20 | K | | |
| 707. Occidental Pete Corp Cal (OXY) (X) | | None | K | T | | | | | |
| 708. Palo Alto Networks Inc (PANW) | | None | M | T | Buy | 01/09/20 | K | | |
| 709. | | | | | Buy (add'l) | 02/27/20 | K | | |
| 710. | | | | | Sold | 05/15/20 | K | A | |
| 711. | | | | | Buy | 05/20/20 | K | | |
| 712. | | | | | Buy (add'l) | 06/24/20 | L | | |
| 713. | | | | | Sold (part) | 08/21/20 | L | D | |
| 714. Ping Identity Hldg Corp (PING) | | None | K | T | Buy | 07/23/20 | K | | |

1 Income Gain Codes: (See Columns B1 and D4)
- A =$1,000 or less
- B =$1,001 - $2,500
- C =$2,501 - $5,000
- D =$5,001 - $15,000
- E =$15,001 - $50,000
- F =$50,001 - $100,000
- G =$100,001 - $1,000,000
- H1 =$1,000,001 - $5,000,000
- H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
- J =$15,000 or less
- K =$15,001 - $50,000
- L =$50,001 - $100,000
- M =$100,001 - $250,000
- N =$250,001 - $500,000
- O =$500,001 - $1,000,000
- P1 =$1,000,001 - $5,000,000
- P2 =$5,000,001 - $25,000,000
- P3 =$25,000,001 - $50,000,000
- P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
- Q =Appraisal
- U =Book Value
- R =Cost (Real Estate Only)
- V =Other
- S =Assessment
- W =Estimated
- T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| **Moody, Jr., James S.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715. | | | | | Buy<br>(add'l) | 07/29/20 | K | | |
| 716.  Regions Finl Corp (RF) | B | Dividend | J | T | | | | | *** |
| 717.  Sorrento Therapeutics Inc (SRNE) | | None | K | T | Buy | 12/23/20 | K | | |
| 718.  Truist Finl Corp (TFC) | A | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | *** |
| 719. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 720.  United Airlines Hldgs (UAL) (X) | | None | K | T | | | | | |
| 721.  Wells Fargo & Co (WFC) | B | Dividend | K | T | Buy<br>(add'l) | 03/10/20 | J | | *** |
| 722.  Wynn Resorts Ltd (WYNN) | A | Dividend | M | T | Buy | 02/27/20 | L | | |
| 723.  CALL ANET | | None | J | T | Buy | 10/19/20 | J | | |
| 724.  CALL NCLH | | None | J | T | Buy | 12/21/20 | J | | |
| 725.  CALL SRNE | | None | J | T | Buy | 12/21/20 | J | | |
| 726.  CALL NEWR | | None | J | T | Buy | 12/21/20 | J | | |
| 727.  CALL WYNN | | None | J | T | Buy | 11/27/20 | J | | |
| 728.  CALL PANW | | None | L | T | Buy | 10/19/20 | L | | |
| 729.  CALL NTNX | | None | J | T | Buy | 10/19/20 | J | | |
| 730.  CALL MU | | None | J | T | Buy | 12/08/20 | J | | |
| 731.  CALL FEYE | | None | J | T | Buy | 11/27/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moody, Jr., James S.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 732.  CALL GOSS | | None | J | T | Buy | 11/27/20 | J | | |
| 733.  CALL CRSP | | None | K | T | Buy | 11/27/20 | K | | |
| 734.  CALL IIVI | | None | K | T | Buy | 10/19/20 | K | | |
| 735.  CALL BMRN | | None | J | T | Buy | 11/27/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3: This entry represents a limited partnership interest. The entity was duly registered in the state of Florida. Its business offices and operations are located in another state and run by an individual whose information is not subject to this disclosure. As a limited partner, the filer has no knowledge of, and no control over, the specific assets or activities of the limited partnership; his interest is reported per page 24 of the Alphabetical Reference. All holdings in which the filer, or any other individual subject to this disclosure, has a personal ownership share are separately identified in Part VII.

Individual Assets, Other Holdings, and Real Property holdings of the prior report have been consolidated under Individual Assets in this report.

Options #1 of the prior report has been consolidated with Account #5 in this report.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Each put or call transaction is an independent contract creating the right, but not the obligation, to make future sales or purchases of specific assets. They are not fixed assets, therefore either purchases or sales of individual puts and calls can be used to either open or close contracts; they do not generate income. Options devalue based upon market conditions and expiration dates, therefore they routinely do not have value at the end of a reporting period; this occurs without any type of reportable transaction. Those options which have value at the end of the reporting period are reflected accordingly in Column C. Purchases and sales of any optioned holdings are reported separately from these contracts.

Part VII, Column D(5):
* denotes an asset transferred from Brokerage Account #5 of the prior report.
** denotes an asset transferred from Brokerage Account #4 of the prior report.
*** denotes an asset transferred from Trust #1 of the prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James S. Moody, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544